**Electronically Filed
Supreme Court
SCWC-28125
13-DEC-2010
08:07 AM**

NO. SCWC-28125

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

AILEEN ENOS, Individually, and as Special
Administrator of the Estate of Maryann Kunewa,
Petitioner/Plaintiff-Appellant,

vs.

DEPARTMENT OF LAND AND NATURAL RESOURCES, HISTORIC
PRESERVATION DIVISION, STATE OF HAWAIʻI; DEPARTMENT OF HEALTH,
STATE OF HAWAIʻI; ISABELLE KNUTSON; and ELIZABETH AKIMSEU,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 03-1-147K)

ORDER DISMISSING THE CASE
(By: Recktenwald, C.J., for the court[1])

Upon consideration of the record and Petitioner Aileen Enos's Notice of Withdrawal of Application For a Writ of Certiorari filed on November 19, 2010,

IT IS HEREBY ORDERED that this case is dismissed.

DATED: Honolulu, Hawaiʻi, December 13, 2010.

FOR THE COURT:

*Mark E. Recktenwald*

Chief Justice

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ. and Circuit Judge Ahn, assigned by reason of vacancy.